UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| WILLIAM SMITH,<br><br>              Petitioner,<br><br>       v.<br><br>WARDEN DONNA ZICKEFOOSE,<br><br>              Respondent. | Civil Action No. 10-3324 (JBS)<br><br>**O R D E R**<br>(CLOSED) |

THIS MATTER having come before the Court by way of petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, on behalf of Petitioner William Smith, and for the reasons set forth in the Opinion filed herewith,

IT IS on this **7th** day of **January**, 2011,

ORDERED that the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is DISMISSED WITH PREJUDICE, for lack of subject matter jurisdiction; and it is further

ORDERED that Petitioner's motion for leave to file a supplemental pleading is DENIED as moot; and it is further

ORDERED that the Clerk shall serve a copy of this Order upon Petitioner by regular mail; and it is finally

ORDERED that the Clerk is directed to close the file accordingly.

                                   **s/ Jerome B. Simandle**
                                   JEROME B. SIMANDLE
                                   United States District Judge